# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISIAH MURRIETTA-GOLDING, deceased through his successor in interest Anthony Golding, et al.,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**JERRY DYER, et al.,**<br><br>**Defendants** | **CASE NO. 1:18-CV-0332 AWI SKOI**<br><br>**ORDER STRIKING MOTION**<br><br>(Doc. No. 11) |

    This was a civil rights case brought on behalf of a deceased minor, Isiah Murrietta-Golding. However, this case was closed when it was consolidated and merged with *Murrietta-Golding v. City of Fresno*, 1:18-cv-314 AWI SKO ("Fresno Case"). See Doc. No. 10. The order stated that all future filings were to use case number 1:18-cv-314 AWI SKO. See id. From June 6, 2018 until November 11, 2020, the parties properly followed the consolidation and merger order and filed nothing in this closed case. However, on November 12, 2020, new counsel for Defendants filed a motion to stay in both this case and the Fresno Case. Filing the motion in this case is improper and violative of the merger order. See id. It further causes unnecessary administrative issues. As such the Court will strike the motion to stay that was improperly filed in this closed case. The only case involving Isiah Murrietta-Golding is the Fresno Case. The striking of the motion to stay in this case is administrative in nature and in no way reflects on the merits of the motion to stay that was filed in the Fresno Case.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay (Doc. No. 11) is STRICKEN;
2. The parties shall make no further filings in this closed case;
3. All future filings shall be in Case No. 1:18-cv-314 AWI SKO and shall make no reference to Case No. 1:18-cv-332 AWI SKO;
4. This case remains CLOSED.

IT IS SO ORDERED.

Dated:  November 13, 2020

SENIOR DISTRICT JUDGE